# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **EDGARDO GUTIERREZ**, a Federal Inmate, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 3:10-CV-2507-D |
| § | |
| **MAUREEN CRUZ**, Warden, Federal Correctional Institution, Seagoville, et al., § § § § § | |
| Defendants. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the December 15, 2010 findings and recommendation of the magistrate judge, the court concludes that the findings and recommendation are correct, and they are adopted. Accordingly, plaintiff's December 9, 2010 application for temporary restraining order is denied as moot.

**SO ORDERED**.

January 20, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE